Order granting extra allowance reversed, without costs.

(120 App. Div. 875)

JONES et al., Respondents, v. NEW YORK ELEVATED RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by John K. Jones, individually, etc., against the New York Elevated Railway Company and another. S. Babcock, for appellants. C. H. Strong, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Farley v. Manhattan Ry. Co. 117 App. Div. 248, 102 N. Y. Supp. 330. Order filed.

JURGENSON, Respondent, v. COCKCROFT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Mary Dumont Jurgenson, as administratrix, etc., against James Cockcroft and another. No opinion. Interlocutory judgment affirmed, with costs.

KALBACH, Respondent, v. CENTURY PAINT & WALL PAPER CO. et al. Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Henry H. Kalbach against the Century Paint & Wall Paper Company and others. No opinion. Judgment affirmed, with costs.

KAMPF, Appellant, v. DREYER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Abraham Kampf against Annie Mary Dreyer and others. No opinion. Motion for reargument denied, with costs.

KAPLAN, Appellant, v. BERGMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Joseph Kaplan against Morris Bergmann and another. No opinion. Motion to dismiss appeal denied, with costs.

KAVANAUGH, Respondent, v. COMMONWEALTH TRUST CO. OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Charles H. Kavanaugh, who sues in behalf of himself, etc., against the Commonwealth Trust Company of New York and others. No opinion. Interlocutory judgment unanimously affirmed, with costs, with leave to defendant to answer, on payment of costs in this court and in the court below. See 92 N. Y. Supp. 233.

KEITEL & CO., Respondent, v. DULUTH BREWING & MALTING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Keitel & Co. against the Duluth Brewing & Malting Company. J. W. Shepard, for appellant. B. G. Paskus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY v. KELLY. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Jennie Kelly against John Kelly. No opinion. Motion denied, with $10 costs. Order filed.

KELLY v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Peter C. Kelly against the New York City Railway Company. No opinion. Motion granted. Order filed.

KENNY v. BERLS. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Elizabeth Kenny against Richard Berls. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

KHOURI v. ELKHOURI. (Supreme Court, Appellate Term. June, 1907.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Peter Khouri against Eddy S. Elkhouri. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Adolphus D. Pape, for appellant. Warner & Williams, for respondent.

PER CURIAM. The pleadings were oral. The summons stated a cause of action for goods sold and delivered. Upon the trial the plaintiff testified to certain accounts, which he had with the defendant, and the court declared that it "would take the proof and amend the pleadings to conform." The testimony is so confused and indefinite that it is impossible to determine with certainty exactly what the plaintiff's claim is. Considering all the items upon which he claims to recover, we do not find that they aggregate more than $229.21. Notwithstanding this fact, the trial justice awarded judgment for the plaintiff for $254.90. In view of the confused condition of the testimony of the plaintiff, we are not satisfied that he has proved any cause of action. Justice, therefore, requires that a new trial should be had. Upon another trial the plaintiff's counsel may be able to present the testimony so that the record will at least disclose accurately what the plaintiff's claim is. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

KOCH, Appellant, v. DOTTERWEICH, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Beda Koch against George Dotterweich. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re KING. (Supreme Court, Appellate Division, Third Department. Sept. 11, 1907.) In the matter of the final judicial settlement of the accounts of H. Prior King and another, as temporary administrators of the estate of George R. Finch, deceased. No opinion. Motion denied. See 101 N. Y. Supp. 135.

KING, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Margaret King against Adolph Levin. No opinion. Judgment affirmed, with costs.